■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. NOAH PERLIS, Admitted on June 14, 1976 at a Term of the Appellate Division, First Department. [761 NYS2d 476] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 257 AD2d 127.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MICHAEL WILLIAM KAHN, Admitted on May 19, 1980 at a Term of the Appellate Division, First Department. [761 NYS2d 832] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 247 AD2d 158.]